# United States District Court

for the

Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Rashad Ali Brown | Case Number: 4:15CR00110 BRW |

Name of Sentencing Judicial Officer:   Honorable C. Leroy Hansen
Senior United States District Judge

Honorable Billy Roy Wilson
United States District Judge
Transfer of Jurisdiction Accepted on
May 13, 2015

Original Offense: Misprison of a Felony

Date of Sentence: December 10, 2014

Original Sentence: 205 days Bureau of Prisons or time served whichever is less, 1 year supervised release, must refrain from alcohol and other forms of intoxicants, abstinence from synthetic cannabinoids or other legally sold designer drugs, no contact with co-defendant, out patient substance abuse treatment, drug testing, educational program, and search and seizure

Type of Supervision: Supervised Release

Date Supervision Commenced: December 10, 2014
Date Supervision Expires: December 9, 2015

U.S. Probation Officer: Brenna Cross

Asst. U.S. Attorney: Alex Morgan

Defense Attorney: Lisa Peters

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ year(s), for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**

Case 4:15-cr-00110-BRW   Document 4   Filed 06/15/15   Page 2 of 4

Prob 12B                                         -2-                          Request for Modifying the
                                                                           Conditions or Terms of Supervision
                                                                              with Consent of the Offender

Name of Offender: Rashad Ali Brown                          Case Number: 4:15CR00110 BRW

## CAUSE

On April 20, 2015, Mr. Brown's supervision was commenced in the Eastern District of Arkansas. An intake was completed this date at which time, Mr. Brown tested and confirmed positive for cocaine and marijuana. Mr. Brown was placed on Code-A-Phone and reported an understanding of the procedure of the program. On April 23 and 28, 2015, Mr. Brown failed to report for Code-A-Phone random drug testing. On May 4, 2015, a voicemail was left for Mr. Brown directing him to report by the end of this date for a drug screen, which he failed to do. On May 7, 2015, contact was made with the defendant's father and it was requested that he tell his son to report to the U.S. Probation Office on May 8, 2015. On May 8, 2015, Mr Brown failed to report as directed. On May 11, 2015, a voicemail was left directing the defendant to report to the office on May 12, 2015, which he failed to do. On May 18 and 20, 2015, Mr. Brown failed to report for Code-A-Phone random drug testing. On May 26, 2015, Mr. Brown reported to the office and admitted to using cocaine and smoking marijuana everyday. The defendant advised he was homeless and would smoke marijuana everyday when he had the money to obtain it. It should be noted Mr. Brown failed to call Code-A-Phone every day since being placed on the program. Assistant Federal Public Defender Lisa Peters has been notified of this modification.

_____          _____
Brenna Cross                              Alex Morgan
U.S. Probation Officer                    Assistant U.S. Attorney

Date: June 4, 2015                        Date: 6.10.15

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

Prob 12B                                    -3-                          Request for Modifying the
                                                                          Conditions or Terms of Supervision
                                                                          with Consent of the Offender

Name of Offender: Rashad Ali Brown                          Case Number: 4:15CR00110 BRW

_____
Signature of Judicial Officer

6-15-2015
_____
Date

c:  Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Alex Morgan, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

Witness _____   Signed  RaShaD Brown
 (U.S. Probation Officer)              (Probationer or Supervised Releasee)

5/27/15
(Date)

_____
Defense Attorney