AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 07 2015
JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
v.
RASHAD ALI BROWN

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:15CR00110-01-BRW
USM No. 76694-051

Molly Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful possesssion and use of a controlled substance | 05/26/2015 |
| Standard (7) | Excessive use of alcohol and use of controlled substances | 05/26/2015 |
| Standard (2) | Failure to report to probation officer as directed | 07/13/2015 |
| Special | Failure to participate in substance treatment program | 07/07/2015 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7325

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:

08/07/2015
Date of Imposition of Judgment

_/s/_ Signature of Judge

Billy Roy Wilson,          U.S. District Judge
Name and Title of Judge

8-7-2015
Date

Judgment — Page 2 of 2

DEFENDANT: RASHAD ALI BROWN
CASE NUMBER: 4:15CR00110-01-BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

12 months, with no term of Supervised Release to follow imprisonment.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL